IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01880-MSK-MEH

DESMOND BIKOKO,

    Plaintiff,

v.

AMPCO SYSTEM PARKING,

    Defendant.

## ORDER DENYING MOTION TO REQUEST U.S. MARSHAL SERVICE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Plaintiff has requested that this Court order service of process in this matter by the United States Marshal Service. However, only upon a finding that a person qualifies to proceed *in forma pauperis* does "[t]he officers of the court . . . issue and serve all process, and perform all duties in such cases." 28 U.S.C. § 1915(d). To obtain *in forma pauperis* status, a person must submit to the Court an affidavit which includes, among other things, a statement of all income received and assets possessed, together with any debts that may be outstanding, a statement under oath that the person is indigent, and the nature of the action, defense or appeal. *Cf*. 28 U.S.C. § 1915(a)(1). Plaintiff paid the full filing fee in this case, without seeking *in forma pauperis* status, and has submitted no information from which the Court can make a determination that he qualifies for such status.

Accordingly, the Motion to Request U.S. Marshals Service [Filed September 20, 2006; Docket #2] is **denied**. Plaintiff remains responsible for service of process in this matter, unless or

until he is determined by the Court to qualify for service by the United States Marshal Service based on indigency.

Dated at Denver, Colorado, this 4th day of October, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge